# In the United States Court of Federal Claims

No. 06-883 T
(Filed: February 20, 2007)

***********************************
BARBARA SCHAFFER, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

## ORDER

On February 16, 2007, defendant in the above-captioned case filed an unopposed Motion for Enlargement of Time in which to answer or otherwise respond to plaintiff's complaint. Defendant's motion is **GRANTED**.

Accordingly, defendant shall file its response to plaintiff's complaint **no later than Friday, April 27, 2007**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge