# In the United States Court of Federal Claims

No. 06-883 T
(Filed: July 11, 2007)

| | |
|---|---|
| BARBARA SCHAFFER, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

## ORDER

The undersigned presently has on her docket the following related cases: Queenie Schaffer, 06-881; I. Robin Schaffer, 06-882; Barbara Schaffer, 06-883; S. Andrew Schaffer, 06-884; Peter R. Schaffer, 06-885; Eve-Marie Schaffer, 06-886; and Karen Schaffer, 06-887. The parties have requested that these cases be consolidated for discovery and trial. The court **GRANTS** the parties' request. The lead case will be Barbara Schaffer, 06-883, which was the first-filed case.

Accordingly, the clerk is directed to consolidate the following cases with Barbara Schaffer, 06-883: Queenie Schaffer, 06-881; I. Robin Schaffer, 06-882; S. Andrew Schaffer, 06-884; Peter R. Schaffer, 06-885; Eve-Marie Schaffer, 06-886; and Karen Schaffer, 06-887.

All future filings shall be made in case number 06-883, and shall bear the following caption:

| | | |
|---|---|---|
| BARBARA SCHAFFER et al., | * | |
| | * | |
| Plaintiffs, | * | Nos. 06-881T, 06-882T, 06-883T, 06-884T, |
| | * | 06-885T, 06-886T, and 06-887T |
| v. | * | Judge Sweeney |
| | * | |
| THE UNITED STATES, | * | |
| | * | |
| Defendant. | * | |

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge