# In the United States Court of Federal Claims

Nos. 06-881 T, 06-882 T, 06-883 T, 06-884 T, 06-885 T, 06-886 T, and 06-887 T
(Filed: July 11, 2007)

| | |
|---|---|
| *********************************** | |
| BARBARA SCHAFFER et al., | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| *********************************** | |

**ORDER**

The court held a scheduling conference in the above-captioned consolidated cases on July 11, 2007. While the parties were in agreement as to some discovery deadlines, they differed as to whether the expert reports should be disclosed simultaneously. The court determined that the most efficient course was the simultaneous disclosure of expert reports. Accordingly, the court adopts the following discovery schedule:

- Close of fact discovery: **April 18, 2008**.
- Disclosure of both parties' experts and reports: **June 18, 2008**.
- Depositions of both parties' experts: **between June 18, 2008, and August 29, 2008**.
- Disclosure of both parties' rebuttal experts and reports: **September 19, 2008**.
- Depositions of both parties' rebuttal experts: **between September 19, 2008, and October 17, 2008**.
- Close of discovery: **October 17, 2008**.

Then, by **no later than Friday, October 31, 2008**, the parties shall file a joint status report proposing further proceedings.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge