IN THE UNITED STATES COURT OF FEDERAL CLAIMS

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

BARBARA SCHAFFER et al,.

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

Nos. 06-880T, 06-881T, 06-882T, 06-883T, 06-884T, 06-885T, 06-886T, and 06-887T
Judge Sweeney

MOTION FOR ENLARGEMENT OF TIME

Plaintiffs, respectfully move the Court for an enlargement of time of sixty days, from September 24, 2007, to and including November 23, 2007, within which to respond to defendant's discovery requests in the above-captioned cases. This is the first enlargement requested for this purpose.

As good cause therefore, Plaintiffs state as follows:

Pursuant to the Court's Order filed July 11, 2007, a schedule respecting Discovery was entered by this Court. In this regard, the close of Fact Discovery was set for April 18, 2008.

On or about August 21, 2007, the defendant served plaintiffs, pursuant to Rules 26, 33 and 34, with Interrogatories and Requests for Production of Documents in the above referred cases. The time to respond with respect to said Discovery requests was to expire on September 24, 2007.

As the undersigned advised defendant's attorney on September 21, 2007, due to a long standing scheduled vacation, the undersigned was going to be out of the country for a period of

ten days commencing September 26, 2004. Prior thereto the undersigned was engaged in two unrelated matters before the New York State Department of Taxation and Finance and was preparing for the sentencings of a defendant in an unrelated Federal criminal tax matter. The foregoing prevented the undersigned from timely completing the defendant's discovery requests.

In addition to the foregoing, the plaintiffs' accountant, who has possession of most of the requested documents in issue, was in the process of terminating his relationship with his then present accounting firm and seeking to finalize an engagement with a new accounting firm, making it impossible for him to secure the documents requested on a timely basis. The accountant is presently winding up his October 15, 2007 income tax filing responsibilities, making it impossible for him to immediately attend to the completion of his production tasks.

In light of the foregoing, plaintiffs requested defendant to allow an extension of time to respond to defendant's discovery requests. Provided that the Fact Discovery period scheduled to close April 18, 2008 is similarly enlarged by a period of 60 days, defendant's attorney advised that she does not have any objection to the grant of this motion.

WHEREFORE, plaintiffs pray their motion be granted.

Respectfully submitted,

BERNARD S. MARK
Kestenbaum & Mark
Attorney for Plaintiff
40 Cutter Mill Road, Suite 300
Great Neck, NY 11021
Ph. (516) 466-0410
Fx. (516) 829-3729
Email: bsmark@kmtaxlaw.com

Dated: October 10, 2007

To: KAREN SERVIDEA
United States Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, DC 20044
Fax: (202) 514-9440

## CERTIFICATE OF SERVICE

I certify that on the 11th day of October 2007, I caused to be served the Motion for Enlargement of Time by electronically filing the foregoing documents using the CM/ECF System. I have also mailed by First Class United States Mail, postage prepaid the foregoing documents to:

Karen Servidea, Esq.
U.S. Department of Justice Tax Division
Court of Claims Section
P.O. Box 26
Ben Franklin Station
Washington, DC 20044

BERNARD S. MARK, ESQ.