# In the United States Court of Federal Claims

Nos. 06-880 T, 06-881 T, 06-882 T, 06-883 T, 06-884 T, 06-885 T, 06-886 T, and 06-887 T
(Filed: October 15, 2007)

***********************************
BARBARA SCHAFFER et al., *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

On October 11, 2007, plaintiffs in the above-captioned case filed a Motion for Enlargement of Time, seeking an additional sixty days in which to respond to defendant's discovery requests. Plaintiffs represent that defendant did not object to the enlargement so long as the deadline for the close of fact discovery was similarly extended for sixty days. However, plaintiffs' motion did not indicate what enlargements the parties would require, if any, to the remaining discovery deadlines set forth in the court's July 11, 2007 order.

Accordingly, plaintiffs' motion is **GRANTED**. Plaintiffs shall be allowed until **Friday, November 23, 2007**, to respond to defendant's discovery requests. Further, the court extends the closing date for fact discovery to **Tuesday, June 17, 2008**. Given the additional time needed for fact discovery, it seems unlikely that the parties intend to adhere to the present June 18, 2008 deadline for the disclosure of their experts and expert reports. Thus, the court will void that deadline, along with the subsequent discovery deadlines. Instead, by **no later than Friday, June 27, 2008**, the parties shall file a joint status report suggesting new deadlines for any remaining discovery.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge