KESTENBAUM & MARK
ATTORNEYS AT LAW

RICHARD S. KESTENBAUM*
BERNARD S. MARK+

ELISE B. KESTENBAUM

*MEMBER NEW YORK AND FLORIDA BARS
+MEMBER NEW YORK AND NEW JERSEY BARS
°MEMBER NEW YORK AND DISTRICT OF COLUMBIA BARS

40 CUTTER MILL ROAD, GREAT NECK, N. Y. 11021

(516) 466-0410
(516) 487-0810
TELEFAX (516) 829-3729
URL kmtaxlaw.com

COUNSEL
JILL S. MONOSON°
PAULA SCHWARTZ FROME

November 20, 2007

**Via ECF**

Honorable Margaret Sweeney
Court of Federal Claims
717 Madison Place, NW
Washington, DC 20005

**Re: Barbara Schaffer et al.**
**Nos.: 06-880T, 06-881T, 06-882T, 06-883T, 06-884T, 06-885T, 06-886T, and 06-887T**

Dear Judge Sweeney:

Enclosed please find Plaintiffs' Motion for Additional Enlargement of Time with respect to the above-referred cases.

Very truly yours,

Bernard S. Mark
BSM:djs
Enclosure

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BARBARA SCHAFFER et al,. | | |
| Plaintiffs, | | Nos. 06-880T, 06-881T, 06-882T, 06-883T, 06-884T, 06-885T, 06-886T, and 06-887T |
| v. | | Judge Sweeney |
| THE UNITED STATES, | | |
| Defendant. | | |

MOTION FOR ADDITIONAL ENLARGEMENT OF TIME

Plaintiffs, respectfully move the Court for an enlargement of time of thirty days, from November 23, 2007 to and including December 23, 2007, within which to respond to defendant's discovery requests in the above-captioned cases. This is the second enlargement requested for this purpose.

As good cause therefore, Plaintiffs state as follows:

Pursuant to the Plaintiff's filed October 11, 2007, an Order was entered by this Court on October 15, 2007 granting Plaintiffs a sixty day extension until November 23, 2007 to respond to Defendant's discovery requests.

Upon the grant of Plaintiffs' Motion, all of the Plaintiffs began a diligent search for the requested documents, some of which pertain to years beginning in 1990. Because of the breadth of Defendant's request, the task has proven more difficult than anticipated and time consuming. Many of the records do not exist and Plaintiffs are attempting to secure documents from third parties, including their accountant who previously worked on these matters.

As previously advised, the plaintiffs' accountant, who has possession of many of the requested documents in issue, recently terminated his relationship with his then present accounting firm and began a new engagement with a new accounting firm. His clients records, including those pertaining to Plaintiffs, have been segregated for his move, and his transition to the new firm has delayed his ability to help Plaintiffs secure the documents requested on a timely basis.

In light of the foregoing, Plaintiffs requested Defendant to allow an additional thirty day extension of time to respond to Defendant's discovery requests. Provided that the Fact Discovery deadlines now scheduled to close June 17, 2008 are similarly enlarged by a period of 30 days, defendant's attorney advised that she does not have any objection to the grant of this motion.

WHEREFORE, plaintiffs pray their motion be granted.

Respectfully submitted,

BERNARD S. MARK
Kestenbaum & Mark
Attorney for Plaintiff
40 Cutter Mill Road, Suite 300
Great Neck, NY 11021
Ph. (516) 466-0410
Fx. (516) 829-3729
Email: bsmark@kmtaxlaw.com

Dated: November 20, 2007

To: KAREN SERVIDEA
United States Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, DC 20044
Fax: (202) 514-9440

**CERTIFICATE OF SERVICE**

I certify that on the 20 day of November 2007, I caused to be served the Motion for Enlargement of Time by electronically filing the foregoing documents using the CM/ECF System. I have also mailed by First Class United States Mail, postage prepaid the foregoing documents to:

Karen Servidea, Esq.
U.S. Department of Justice Tax Division
Court of Claims Section
P.O. Box 26
Ben Franklin Station
Washington, DC 20044

BERNARD S. MARK, ESQ.