# In the United States Court of Federal Claims

Nos. 06-880 T, 06-881 T, 06-882 T, 06-883 T, 06-884 T, 06-885 T, 06-886 T, and 06-887 T
(Filed: November 27, 2007)

```
***********************************
BARBARA SCHAFFER et al.,          *
                                  *
                 Plaintiffs,      *
                                  *
 v.                               *
                                  *
THE UNITED STATES,                *
                                  *
                 Defendant.       *
***********************************
```

**ORDER**

On November 20, 2007, plaintiffs in the above-captioned case filed a Motion for Additional Enlargement of Time, seeking an additional thirty days in which to respond to defendant's discovery requests. Plaintiffs represent that defendant did not object to the enlargement so long as the deadline for the close of fact discovery was similarly extended for thirty days. Plaintiffs' motion is **GRANTED**. Plaintiffs shall be allowed until **Monday, December 24, 2007**,[1] to respond to defendant's discovery requests. Further, the court extends the closing date for fact discovery to **Thursday, July 17, 2008**. Additionally, the court **VACATES** the June 27, 2008 joint status report deadline. Instead, the parties shall file a joint status report **no later than Friday, July 25, 2008**, suggesting new deadlines for any remaining discovery.

As a final matter, plaintiffs electronically filed a cover letter with their motion. Such letters are unnecessary. Thus, counsel shall refrain from filing cover letters with future submissions.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge

---

[1] Plaintiffs requested a deadline of December 23, 2007, which falls on a Sunday. Thus, the court extended the deadline to the next weekday.