# In the United States Court of Federal Claims

Nos. 06-880 T, 06-881 T, 06-882 T, 06-883 T, 06-884 T, 06-885 T, 06-886 T, and 06-887 T
(Filed: March 21, 2008)

***********************************
BARBARA SCHAFFER et al., *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

On March 18, 2008, the parties in the above-captioned case electronically filed a Stipulation for Partial Dismissal, limiting the outstanding claims to the first count of each complaint. However, the parties filed the stipulation in the wrong case. By **no later than Monday, March 31, 2008**, the parties shall refile the stipulation in the lead case, Barbara Schaffer, No. 06-883, as directed in the court's July 11, 2007 order.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge