IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 06-880T, 06-881T, 06-882T, 06-883T,
06-884T, 06-885T, 06-886T, and 06-887T

(JUDGE SWEENEY)

BARBARA SCHAFFER et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

STIPULATION FOR PARTIAL DISMISSAL

It is hereby stipulated and agreed that the following counts from the complaints in the above entitled case be dismissed with prejudice, the parties to bear their respective costs, including any possible attorney's fees and other expenses of this litigation:

| Case Number | Plaintiff | Dismissed Count(s) (and Amount of Corresponding Claim(s)) |
|---|---|---|
| 06-880T | Frederick Schaffer | 2 ($11,481.60), 3 ($12,688.41) |
| 06-881T | Queenie Schaffer | 2 ($11,481.60), 3 ($9,123.38) |
| 06-882T | I. Robin Schaffer | 2 ($11,481.60), 3 ($9,128.38) |
| 06-883T | Barbara Schaffer | 2 ($11,481.60), 3 ($12,688.41) |
| 06-884T | S. Andrew Schaffer | 2 ($11,481.60), 3 ($17,687.34) |
| 06-885T | Peter R. Schaffer | 2 ($23,536.59) |
| 06-886T | Eve-Marie Schaffer | 2 ($23,536.60) |
| 06-887T | Karen Schaffer | 2 ($11,481.60), 3 ($17,687.34) |

The counts remaining after the filing of this stipulation for partial dismissal are as follows:

| Case Number | Plaintiff | Remaining Count (and Amount of Corresponding Claim) |
|---|---|---|
| 06-880T | Frederick Schaffer | 1 ($129,588.13) |
| 06-881T | Queenie Schaffer | 1 ($129,588.13) |
| 06-882T | I. Robin Schaffer | 1 ($129,588.13) |
| 06-883T | Barbara Schaffer | 1 ($129,588.13) |
| 06-884T | S. Andrew Schaffer | 1 ($129,588.13) |
| 06-885T | Peter R. Schaffer | 1 ($103,047.27) |
| 06-886T | Eve-Marie Schaffer | 1 ($103,047.27) |
| 06-887T | Karen Schaffer | 1 ($129,588.13) |

Counsel for the United States have authorized plaintiffs' counsel to file this stipulation on their behalf.

Respectfully submitted,

March 18, 2008
Date

BERNARD S. MARK
Attorney for Plaintiffs
Kestenbaum & Mark
40 Cutter Mill Road
Great Neck, New York 11021
(516) 466-0410

March 13, 2008
Date

s/ Karen Servidea
KAREN SERVIDEA
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6496
(202) 514-9440 (fax)

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
G. ROBSON STEWART
Reviewer, Court of Federal Claims Section

s/ G. Robson Stewart
Of Counsel