# In the United States Court of Federal Claims

Nos. 06-880 T, 06-881 T, 06-882 T, 06-883 T, 06-884 T, 06-885 T, 06-886 T, and 06-887 T
(Filed: July 1, 2008)

```
***********************************
BARBARA SCHAFFER et al.,          *
                                  *
                 Plaintiffs,      *
                                  *
 v.                               *
                                  *
THE UNITED STATES,                *
                                  *
                 Defendant.       *
***********************************
```

**ORDER**

On June 27, 2008, plaintiffs in the above-captioned case filed a Motion for Enlargement of Time, seeking an additional twenty-one days in which to respond to defendant's discovery requests. Plaintiffs represent that defendant did not object to the enlargement so long as the deadline for the close of fact discovery was similarly extended for twenty-one days. Plaintiffs' motion is **GRANTED**. Plaintiffs shall be allowed until **Thursday, July 24, 2008**, to respond to defendant's discovery requests. Further, the court extends the closing date for fact discovery to **Thursday, August 7, 2008**. Additionally, the court **VACATES** the July 25, 2008 joint status report deadline. Instead, the parties shall file a joint status report **no later than Friday, August 15, 2008**, suggesting new deadlines for any remaining discovery.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge