IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BARBARA SCHAFFER et al., Plaintiffs, | | Nos. 06-880T, 06-881T, 06-882T, 06-883T, 06-884T, 06-885T, 06-886T, and 06-887T |
| v. | | Judge Sweeney |
| THE UNITED STATES, Defendant. | | |

MOTION FOR ADDITIONAL ENLARGEMENT OF TIME

Plaintiffs, respectfully move the Court for an additional enlargement of time of twenty-nine (29) days, from July 24, 2008 to and including August 22, 2008, within which to respond to defendant's Requests for Admissions, Set No. 1 and Requests for Production of Documents and Interrogatories Sets No. 2 in the above-captioned cases. This is the second enlargement requested for this purpose.

As good cause therefore, Plaintiffs state as follows:

On June 3, 2008, Defendant mailed the undersigned First Sets of Requests for Admissions and Second Sets of Requests for Production of Documents and Interrogatories directed to several of the Plaintiffs' ("Defendant's Discovery Requests").

The Plaintiffs have undertaken a search for the newly requested documents, and for information to answer the interrogatories, some of which pertain to years beginning in 1990. Because of the breadth of Defendant's request, the task has proven more difficult and time consuming than anticipated. Many of the records were not in the possession of

the Plaintiffs and they attempted to secure documents from third parties, mostly to no avail.

The Requests for Admissions are extensive and similarly required Plaintiffs to seek information and documentation from third parties. Plaintiffs are now meeting among themselves in an effort to recall facts and events to enable them to respond to the Defendant's Discovery Requests.

In addition to the foregoing, the undersigned, who was recently engaged in simultaneous unrelated litigation matters with the Internal Revenue Service and New York State Department of Taxation, which required his full attention, as well as attending to two medical issues, which required testing and treatment, now requires additional testing, and is scheduled for a short, pre-booked vacation in upstate New York.

In light of the foregoing, Plaintiffs requested Defendant to allow an additional twenty-nine (29) days extension of time to August 22, 2008 to respond to Defendant's Discovery Requests. Provided that the Fact Discovery deadlines are similarly enlarged by a period of twenty-nine (29) days, Defendant's attorney advised that she does not have any objection to the grant of this motion.

WHEREFORE, Plaintiffs pray their Motion be granted.

Respectfully submitted,

BERNARD S. MARK
Kestenbaum & Mark
Attorney for Plaintiff
40 Cutter Mill Road, Suite 300
Great Neck, NY 11021
Ph. (516) 466-0410
Fx. (516) 829-3729
Email: bsmark@kmtaxlaw.com

Dated: July 18, 2008

To: KAREN SERVIDEA
United States Department of Justice
Tax Division
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Post Office
Washington, DC 20044
Fax: (202) 514-9440

F:/Deirdre/Motion/Case Paper Time 2 7.17.08

**CERTIFICARE OF SERVICE**

I certify that on the 18th day of July, 2008, I caused to be served the Motion for Enlargement of Time by electronically filing the foregoing documents using the CM/ECF System. I have also mailed by First Class United States Mail, postage prepaid the foregoing documents to:

Karen Servidea. Esq.
U.S. Dept of Justice Tax Division
Court of Claims Section
P.O. Box 26
Ben Franklin Station
Washington, DC 20044

BERNARD S. MARK, ESQ.