# In the United States Court of Federal Claims

Nos. 06-880 T, 06-881 T, 06-882 T, 06-883 T, 06-884 T, 06-885 T, 06-886 T, and 06-887 T
(Filed: July 21, 2008)

***********************************
BARBARA SCHAFFER et al., *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

On July 18, 2008, plaintiffs in the above-captioned case filed a Motion for Additional Enlargement of Time, seeking an additional twenty-nine days in which to respond to defendant's discovery requests. Plaintiffs represent that defendant did not object to the enlargement so long as the deadline for the close of fact discovery was similarly extended for twenty-nine days. Plaintiffs' motion is **GRANTED**. Plaintiffs shall be allowed until **Friday, August 22, 2008**, to respond to defendant's discovery requests. Further, the court extends the closing date for fact discovery to **Friday, September 5, 2008**. Additionally, the court **VACATES** the August 15, 2008 joint status report deadline. Instead, the parties shall file a joint status report **no later than Friday, September 12, 2008**, suggesting new deadlines for any remaining discovery.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge