*IN THE UNITED STATES COURT OF FEDERAL CLAIMS*

| | | |
|---|---|---|
| BARBARA SCHAFFER et al., Plaintiffs, v. UNITED STATES OF AMERICA, Defendant. | ) | Nos. 06-880T, 06-881T, 06-882T, 06-883T, 06-884T, 06-885T, 06-886T, and 06-887T (JUDGE SWEENEY) |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Defendant, with plaintiffs' consent, respectfully moves for a fourteen-day enlargement of the end of fact discovery from September 5, 2008, to September 19, 2008. This is the first enlargement requested for this purpose.

In support of this motion, defendant states as follows:

On August 22, 2008, defendant served notices to take the depositions of two of the plaintiffs on September 2, 2008. Plaintiffs' counsel has informed defendant that the plaintiffs are not available for deposition until September 12, 2008. The requested enlargement will therefore enable defendant to take the depositions without requiring the plaintiffs to rearrange their schedules.

Provided that the deadline for the parties' joint status report is enlarged by a corresponding period of fourteen days, from September 12, 2008, to September 26, 2008, plaintiffs' attorney advised that plaintiffs have no objection to the granting of this motion.

WHEREFORE, defendant, with plaintiffs' consent, respectfully requests that the Court grant this motion.

Respectfully submitted,

/s/ Karen Servidea

KAREN SERVIDEA
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 616-3423

NATHAN J. HOCHMAN
Assistant Attorney General
STEVEN I. FRAHM
Acting Chief, Court of Federal Claims Section
G. ROBSON STEWART
Reviewer

August 27, 2008

/s/ G. Robson Stewart by /s/ Mary M. Abate
Of Counsel