# In the United States Court of Federal Claims

Nos. 06-880 T, 06-881 T, 06-882 T, 06-883 T, 06-884 T, 06-885 T, 06-886 T, and 06-887 T
(Filed: August 28, 2008)

```
***********************************
BARBARA SCHAFFER et al.,          *
                                  *
                  Plaintiffs,     *
                                  *
 v.                               *
                                  *
THE UNITED STATES,                *
                                  *
                  Defendant.      *
***********************************
```

**ORDER**

On August 27, 2008, defendant in the above-captioned case filed a motion for enlargement of time, seeking an additional fourteen days in which to conduct fact discovery. Defendant represents that plaintiffs do not object to the enlargement so long as the deadline for the joint status report was similarly extended by fourteen days. Defendant's motion is **GRANTED**. The court extends the closing date for fact discovery to **Friday, September 19, 2008**. Additionally, the court **VACATES** the September 12, 2008 joint status report deadline. Instead, the parties shall file a joint status report **no later than Friday, September 26, 2008**, suggesting new deadlines for any remaining discovery.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge